UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BURNS, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00968-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 7) |

Plaintiff Richard Armenta ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.  On July 27, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 6.)  On August 3, 2020, Plaintiff filed another motion to proceed *in forma pauperis*. (ECF No. 7.)

　　It appears the Court's order has crossed in the mail with Plaintiff's motion.  As Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, no further applications are needed.  Accordingly, Plaintiff's August 3, 2020 motion to proceed *in forma pauperis*, (ECF No. 7), is DENIED as moot.

IT IS SO ORDERED.

　　Dated:  **August 4, 2020**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1