1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11  RICHARD ARMENTA,                          Case No. 1:20-cv-00968-NONE-BAM (PC)
12              Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS REGARDING
13       v.                                   DISMISSAL OF ACTION FOR FAILURE TO
                                              STATE A CLAIM
14  BURNS, *et al.*,
                                              (Doc. No. 13)
15              Defendants.

16

17       Plaintiff Richard Armenta is a state prisoner proceeding *pro se* and *in forma pauperis* in

18  this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States

19  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20       On September 30, 2020, the assigned magistrate judge screened plaintiff's first amended

21  complaint and issued findings and recommendations recommending that this action be dismissed

22  due to plaintiff's failure to state a cognizable claim upon which relief may be granted.  (Doc. No.

23  13.)  Those findings and recommendations were served on plaintiff and contained notice that any

24  objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 9.)  Plaintiff has

25  not filed objections, and the deadline to do so has expired.

26       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a

27  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

28  /////

magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 30, 2020, (Doc. No. 13), are adopted in full;
2. This action is dismissed, with prejudice, due to plaintiff's failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 9, 2020**

UNITED STATES DISTRICT JUDGE